JS-6
Admin

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUE MA, ET AL.,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, ET AL.,<br><br>　　　　Defendant. | No. 5:23-cv-2132-JGB-KK<br><br>**ORDER RE: JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION** |

　　Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor, IT IS HEREBY ORDERED that the instant action shall be stayed until April 7, 2025.

Dated: November 27, 2023

_____
HONORABLE JESUS G. BERNAL
UNITED STATES SISTRICT JUDGE